UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LOUISIANA ATHLETICS DOWN ON
THE BAYOU, L.L.C.                               CIVIL ACTION

VERSUS                                          NUMBER 11-303-FJP-SCR

BAYOU BOWL ASSOCIATION

### RULING ON MOTION TO RECONSIDER
### and
### AMENDED SCHEDULING ORDER

Before the court is the Motion Reconsider Order Denying Joint Motion to Amend Scheduling Order ane Extend Deadlines filed by defendant Bayou Bowl Association. Record document number 14. According to the motion, there is no opposition to the relief requested.

Rule 16, Fed.R.Civ.P., requires a showing of good cause to extend a scheduling order deadline. Defendant's motion and the supporting exhibits provide sufficient information to find there is good cause to extend the scheduling order deadlines, as requested.

Accordingly, the Motion Reconsider Order Denying Joint Motion to Amend Scheduling Order ane Extend Deadlines is granted.

IT IS ORDERED that the scheduling order previously issued is hereby amended as follows.[1]

    A.    All fact discovery shall be completed and motions to compel discovery filed by **June 1, 2012**.

---

[1] New dates are in bold type.

B.  (This deadline has expired.)

C.  (This deadline has expired.)

D.  Plaintiff shall disclose the identity of any person who may be used at trial to present evidence under Rules 702, 703 or 705, Fed.R.Evid., by **June 1, 2012**. Defendant shall disclose such persons by **June 29, 2012**.

E.  Any person who will offer expert testimony for the plaintiff who is required by Rule 26(a)(2)(B), Fed.R.Civ.P., to produce a report shall produce such report by **June 29, 2012**. Defendant shall produce any required expert reports by **July 27, 2012**.

F.  Expert discovery, including depositions of expert witnesses, shall be completed by **August 17, 2012**.

G.  Dispositive motions and *Daubert* motions shall be filed by **August 31, 2012**.

If any party advises the court that a dispositive motion which will not rely on expert testimony will be timely filed, any party may ask to suspend the unexpired expert discovery deadlines.

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause.

This case will be reviewed in approximately 90 days and assigned for a status conference if necessary.

Baton Rouge, Louisiana, March 8, 2012.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE